## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ASHLEY SCHEISS                  :

*Plaintiff,*                         :

                               :

vs.                             :          Civil Action No.: 2:23-cv-04746-CFK

GB COLLECTS, LLC                :

                               :

*Defendant*                      :

_____

### STIPULATION OF VOLUNTARY DISMISSAL

TO: The Clerk of Court:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of his claims, with prejudice and without costs or attorneys' fees to either party.

/s/ Fred Davis_____      /s/ Monica Littman, Esq._____
Davis Consumer Law Firm      Kaufman Dolowich
Attorneys for Plaintiff       Attorneys for Defendant, MONARCH RECOVERY
300 Welsh Road                MANAGEMENT, INC.
Bldg. One, Suite 100          One Liberty Place-1650 Market St.-Suite 4800
Horsham, PA 19044             Phi, PA       19103

DATED: March 26, 2024